■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUIDO FUTIA, Appellant.—Appeal from a judgment of the County Court of Albany County (Turner, Jr., J.), rendered August 5, 1987, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the second degree.

Appeal dismissed (see, People v Lester, 137 AD2d 871, lv denied 71 NY2d 898; People v Harvey, 124 AD2d 943, lv denied 69 NY2d 746). Mahoney, P. J., Kane, Casey, Yesawich, Jr., and Mercure, JJ., concur.